### Damien DAVIS, Appellant,

v.

### STATE of Missouri, Respondent.

### WD 77015

Missouri Court of Appeals,
Western District.

ORDER FILED: January 20, 2015

Evan Joseph Buchheim, Jefferson City, MO, Counsel for Appellant.

Mark Allen Grothoff, Columbia, MO, Counsel for Respondent.

Before Division One: Thomas H. Newton, P.J., Lisa White Hardwick, Anthony Rex Gabbert, JJ.

### ORDER

Per Curiam:

Damien Davis appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b)(2).